**In the United States District Court
for the District of Kansas**

--------

Case No. 2:21-cv-02182-TC-JPO

--------

PAIGE ST. CLAIR,

*Plaintiff*

v.

DELUXE CORPORATION,

*Defendant*

--------

## ORDER OF DISMISSAL WITH PREJUDICE

NOW ON this 7th day of March, 2022, the Court, having reviewed the Joint Stipulation for Dismissal with Prejudice filed herein by the parties, hereby dismisses the above-captioned cause of action with prejudice. The costs of this action shall be borne by the parties herein.

IT IS SO ORDERED.

Date:  March 7, 2022          s/ Toby Crouse

                              Toby Crouse
                              United States District Judge